**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KELLY ROGERS, KATHRYN DEISINGER O'FLAHERTY, and WYNDHAM HASLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVOCATE AURORA HEALTH, INC., the COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF ADVOCATE AURORA HEALTH, INC., and the ADVOCATE AURORA HEALTH, INC. NON-CHURCH BENEFIT PLAN ADMINISTRATIVE COMMITTEE,<br><br>Defendants. | **Civil Action No.: 1:24-cv-08864**<br><br>**Hon. LaShonda A. Hunt** |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Kelly Rogers, Kathryn Deisinger O'Flaherty, and Wyndham Hasler ("Plaintiffs"), on behalf of themselves and the proposed Settlement Class, respectfully move this Court, pursuant to Federal Rule of Civil Procedure 23(e), for entry of an order:

(i) preliminarily approving the proposed Settlement between Plaintiffs and Defendant Advocate Aurora Health, Inc. and provisionally certifying the Settlement Class for settlement purposes only;

(ii) appointing Plaintiffs Kelly Rogers, Kathryn Deisinger O'Flaherty, and Wyndham Hasler as Class Representatives;

(iii) appointing Oren Faircloth, Mason A. Barney, and William H. Payne of Siri & Glimstad LLP as Class Counsel;

(iv) approving the proposed notice program and directing that notice be disseminated to the Settlement Class in accordance with that program;

(v) scheduling a Final Fairness Hearing, to be held no sooner than 120 days after entry of the Preliminary Approval Order; and

(vi) granting such other and further relief as the Court deems just and proper.

In support of this Motion, Plaintiffs rely upon and incorporate by reference the accompanying Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, the Declaration of Oren Faircloth and exhibits thereto, the Settlement Agreement and its exhibits, and the proposed Preliminary Approval Order submitted herewith.

Pursuant to N.D. Ill. Local Rule 5.3 and the case procedures of the Honorable LaShonda A. Hunt, notice of presentment of this Motion has been filed contemporaneously herewith.

Defendant Advocate Aurora Health, Inc. does not oppose this Motion.

Dated: September 14, 2026

Respectfully submitted,

**SIRI & GLIMSTAD LLP**

/s/ Oren Faircloth
Oren Faircloth (pro hac vice)
Mason A. Barney
William H. Payne, IV (pro hac vice pending)
Siri & Glimstad, LLP
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (929) 677-5181

E: ofaircloth@sirillp.com
E: mbarney@sirillp.com
E: wpayne@sirillp.com

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September, 2026, I caused to be filed a true and correct copy of the foregoing document with the clerk of court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Oren Faircloth
Oren Faircloth, Esq.