**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

KELLY ROGERS, KATHRYN DEISINGER O'FLAHERTY, and WYNDHAM HASLER, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

ADVOCATE AURORA HEALTH, INC., the COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF ADVOCATE AURORA HEALTH, INC., and the ADVOCATE AURORA HEALTH, INC. NON-CHURCH BENEFIT PLAN ADMINISTRATIVE COMMITTEE,

Defendants.

Civil Action No.: 1:24-cv-08864

Hon. LaShonda A. Hunt

**NOTICE OF FILING OF FULLY EXECUTED SETTLEMENT AGREEMENT**

Plaintiffs hereby file the fully executed Class Action Settlement and Release Agreement, attached as Exhibit 1. The version of the Settlement Agreement filed with Plaintiffs' Motion for Preliminary Approval at ECF No. [92-3] was missing defense counsel's signature, and the attached version corrects that oversight.

Dated: October 1, 2026

Respectfully submitted,

/s/ Oren Faircloth
Oren Faircloth
William H. Payne, IV
SIRI & GLIMSTAD LLP
100 Pearl Street
14th Floor - #16946876
Hartford, CT 06103
Tel: (929) 677-5181
E: ofaircloth@sirillp.com
E: wpayne@sirillp.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2026, I electronically filed the foregoing Notice of Filing of Fully Executed Settlement Agreement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Oren Faircloth
Oren Faircloth